```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                   JUN 1 0 2010

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RAY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>E. J. SMITH, et al.,<br><br>    Defendants. | Case No. CV 10-01725 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for the reasons set forth in the Court's related Order.

Dated: June 9, 2010

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

```
                    ENTERED - SOUTHERN DIVISION
                    CLERK, U.S. DISTRICT COURT

                         JUN 1 0 2010

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```