UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOEL RAY SMITH, | ) | No. CV 10-1725 SJO (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| E.J. SMITH, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report and Recommendation of United States Magistrate Judge. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that the motion for summary judgment filed by defendant E. J. Smith is GRANTED, plaintiff's First Amendment retaliation claim against defendant is DISMISSED; and JUDGMENT is entered against plaintiff without prejudice.

DATED: <u>July 16, 2015.</u>

_____
S. JAMES OTERO
United States District Judge