UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOEL RAY SMITH, | ) | No. CV 10-1725 SJO (FFM) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| E.J. SMITH, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: July 16, 2015.

*S. James Otero*

S. JAMES OTERO
United States District Judge